# City Court.

*Special Term—October,* 1886.

## WILSON *against* TRAENDLEY.

In an action against a commission merchant to recover the proceeds of sales of consigned goods, the plaintiff ought to give the items of the goods consigned and the defendant his account of sales.

McADAM, Ch. J.—The action is against the defendant to recover the proceeds of goods consigned to be sold on commission. In this, as in other cases of the kind, the plaintiff (as nearly as he can) ought to give the items of the goods consigned, and the defendant (as nearly as he can) ought to furnish his account of the sales made.

To this extent, the application for a bill of particulars will be granted (see Miller *v.* Kent, 60 *How. Pr.* 388; 93 *N. Y.* 467). No costs.